# EXHIBIT D

# Huffman
# Profit & Loss
## All Transactions

| | Jan 22, 25 |
|---|---|
| **Ordinary Income/Expense** | |
| **Income** | |
| **Surety Funding** | 1,443,002.00 |
| **Total Income** | 1,443,002.00 |
| **Gross Profit** | 1,443,002.00 |
| **Expense** | |
| **Accounts Payable** | 569,943.69 |
| **Cost to Complete** | 873,058.31 |
| **Total Expense** | 1,443,002.00 |
| **Net Ordinary Income** | - |
| **Net Income** | **$ -** |



Nicholson
Nicholson Professional Consulting, Inc.

# Huffman
## Profit & Loss by Job
### All Transactions

| | Devall Bluff | Grnd Prarie Plumb Staion | Overhead | Surety Funding | TOTAL |
|---|---|---|---|---|---|
| **Ordinary Income/Expense** | | | | | |
| **Income** | | | | | |
| **Surety Funding** | - | 2,952.00 | - | 1,440,050.00 | 1,443,002.00 |
| **Total Income** | - | 2,952.00 | - | 1,440,050.00 | 1,443,002.00 |
| **Gross Profit** | - | 2,952.00 | - | 1,440,050.00 | 1,443,002.00 |
| **Expense** | | | | | |
| **Accounts Payable** | 663.60 | 569,280.09 | - | - | 569,943.69 |
| **Cost to Complete** | 35,000.00 | 506,648.99 | 331,409.32 | - | 873,058.31 |
| **Total Expense** | 35,663.60 | 1,075,929.08 | 331,409.32 | - | 1,443,002.00 |
| **Net Ordinary Income** | (35,663.60) | (1,072,977.08) | (331,409.32) | 1,440,050.00 | - |
| **Net Income** | **(35,663.60)** | **(1,072,977.08)** | **(331,409.32)** | **1,440,050.00** | **$ -** |



Nicholson
Nicholson Professional Consulting, Inc.

**Huffman**
**Profit & Loss Detail**
**All Transactions**

| | Type | Date | Num | Name | Source Name | Memo | Amount | Balance |
|---|---|---|---|---|---|---|---|---|
| **Ordinary Income/Expense** | | | | | | | | |
| **Income** | | | | | | | | |
| **Surety Funding** | | | | | | | | |
| | Invoice | 05/06/2020 | | Surety Funding | Surety Funding | Open Act | 50.00 | 50.00 |
| | Invoice | 05/12/2020 | | Surety Funding | Surety Funding | | 395,000.00 | 395,050.00 |
| | Invoice | 03/29/2021 | | Surety Funding | Surety Funding | | 320,000.00 | 715,050.00 |
| | Invoice | 10/12/2021 | | Surety Funding | Surety Funding | | 25,000.00 | 740,050.00 |
| | Invoice | 12/21/2021 | 1 | Surety Funding | Surety Funding | | 50,000.00 | 790,050.00 |
| | Invoice | 04/18/2022 | | Surety Funding | Surety Funding | | 250,000.00 | 1,040,050.00 |
| | Invoice | 03/15/2023 | 2 | Surety Funding | Surety Funding | Surety Funding | 400,000.00 | 1,440,050.00 |
| | Invoice | 08/16/2023 | Deposit | Grnd Prarie Plumb Staion | Grnd Prarie Plumb Staion | Reimbursement of overpayment CH 19535 | 2,952.00 | 1,443,002.00 |
| Total Surety Funding | | | | | | | 1,443,002.00 | 1,443,002.00 |
| Total Income | | | | | | | 1,443,002.00 | 1,443,002.00 |
| Gross Profit | | | | | | | 1,443,002.00 | 1,443,002.00 |
| **Expense** | | | | | | | | |
| **Accounts Payable** | | | | | | | | |
| | Check | 05/13/2020 | 1000 | Grnd Prarie Plumb Staion | Daniell Air & Electric | | 31,020.73 | 31,020.73 |
| | Check | 05/22/2020 | 1001 | Grnd Prarie Plumb Staion | Crow Builders Supply Inc. | | 5,112.91 | 36,133.64 |
| | Check | 06/17/2020 | 1002 | Grnd Prarie Plumb Staion | Coatings Unlimited Inc. | | 96,197.00 | 132,330.64 |
| | Check | 07/02/2020 | 1003 | Grnd Prarie Plumb Staion | Cherokee Building Materials | VOID: | - | 132,330.64 |
| | Check | 07/03/2020 | 1004 | Grnd Prarie Plumb Staion | Cherokee Building Materials | | 3,836.40 | 136,167.04 |
| | Check | 07/06/2020 | 1005 | Grnd Prarie Plumb Staion | Steel Erection Ltd. | | 14,377.50 | 150,544.54 |
| | Check | 08/04/2020 | 1006 | Grnd Prarie Plumb Staion | Bone Septic Services | | 1,843.00 | 152,387.54 |
| | Check | 08/07/2020 | 1007 | Grnd Prarie Plumb Staion | Royal Overhead Door Inc. | | 12,905.00 | 165,292.54 |
| | Check | 08/13/2020 | 1008 | Grnd Prarie Plumb Staion | Dale & Dale Inc. | | 6,248.51 | 171,541.05 |
| | Check | 08/20/2020 | 1009 | Grnd Prarie Plumb Staion | H&E Equipment Services Inc. | | 15,360.56 | 186,901.61 |
| | Check | 08/24/2020 | 1010 | Grnd Prarie Plumb Staion | McKnight's Emergency Wrecker Service Inc | | 17,040.00 | 203,941.61 |
| | Check | 09/21/2020 | 1011 | Grnd Prarie Plumb Staion | South Arkansas Business Solutions Inc. | | 999.00 | 204,940.61 |
| | Check | 09/21/2020 | 1012 | Grnd Prarie Plumb Staion | McKnight's Emergency Wrecker Service Inc | | 1,416.04 | 206,356.65 |
| | Check | 09/22/2020 | 1013 | Grnd Prarie Plumb Staion | Equipmentshare.com Inc. | | 6,303.83 | 212,660.48 |
| | Check | 09/23/2020 | 1014 | Grnd Prarie Plumb Staion | Ideal Electric Power Co. | | 23,792.74 | 236,453.22 |
| | Check | 09/23/2020 | 1015 | Grnd Prarie Plumb Staion | Norman Floor Covering LLC | | 4,604.80 | 241,058.02 |
| | Check | 09/30/2020 | 1017 | Grnd Prarie Plumb Staion | United Hoist & Crane | | 1,836.00 | 242,894.02 |
| | Check | 10/19/2020 | 1018 | Grnd Prarie Plumb Staion | Improved Construction Methods | | 459.90 | 243,353.92 |
| | Check | 11/18/2020 | 1019 | Grnd Prarie Plumb Staion | Premier Equipment Corp. | | 3,767.00 | 247,120.92 |
| | Check | 02/04/2021 | 1020 | Grnd Prarie Plumb Staion | Welsco Inc. | | 1,614.13 | 248,735.05 |
| | Check | 02/23/2021 | 1021 | Grnd Prarie Plumb Staion | Hugg & Hall Mobile Storage | | 545.04 | 249,280.09 |
| | Check | 03/29/2021 | 1022 | Grnd Prarie Plumb Staion | Coastal Metal Works | | 320,000.00 | 569,280.09 |
| | Check | 10/12/2021 | 1029 | Devall Bluff | QJV, LLC dba AA Quarry, LLC. | Case-PCSC-20-165-Settlement-10-12-21 | 663.60 | 569,943.69 |
| Total Accounts Payable | | | | | | | 569,943.69 | 569,943.69 |
| **Cost to Complete** | | | | | | | | |
| | Check | 09/25/2020 | 1016 | Devall Bluff | Nicholson Professional Consulting Inc. | Pumping Machinery LLC | 35,000.00 | 35,000.00 |
| | Check | 04/01/2021 | 1023 | Overhead | Ashley & Arnold | Inv 22443, 22444 | 9,075.00 | 44,075.00 |
| | Check | 04/01/2021 | 1023 | Overhead | Ashley & Arnold | Inv 22443, 22444 | 16,361.50 | 60,436.50 |
| | Check | 04/01/2021 | 1023 | Overhead | Ashley & Arnold | Inv 22443, 22444 | (468.75) | 59,967.75 |
| | Check | 04/20/2021 | 1024 | Overhead | Ashley & Arnold | Invoice HI8900-00046-22526 thru 3-31-21 | 8,565.65 | 68,533.40 |
| | Check | 06/10/2021 | 1025 | Overhead | Ashley & Arnold | HI8900-00045 (22646), HI8900-00046 (22657) & HI8 | 28,670.00 | 97,203.40 |
| | Check | 07/12/2021 | 1026 | Overhead | Ashley & Arnold | Inv. HI8900-00046 & HI8900-00048 | 12,046.25 | 109,249.65 |
| | Check | 07/12/2021 | 1026 | Overhead | Ashley & Arnold | Inv. HI8900-00046 & HI8900-00048 | 4,968.59 | 114,218.24 |
| | Check | 08/16/2021 | 1027 | Overhead | Ashley & Arnold | Bill-HI8900-00046-22858 | 3,983.75 | 118,201.99 |
| | Check | 10/05/2021 | 1028 | Overhead | Ashley & Arnold | HI8900 46-Bill 22937 & HI8900 48-Bill 22938 | 18,188.25 | 136,390.24 |

**Huffman**
**Profit & Loss Detail**
**All Transactions**

| Type | Date | Num | Name | Source Name | Memo | Amount | Balance |
|---|---|---|---|---|---|---|---|
| Check | 12/20/2021 | 1030 | Overhead | Ashley & Arnold | Inv. HI8900 46 & HI8900 48 | 28,671.00 | 165,061.24 |
| Check | 04/20/2022 | 1031 | Overhead | Ashley & Arnold | 23831 | 15,986.25 | 181,047.49 |
| Check | 04/20/2022 | 1031 | Overhead | Ashley & Arnold | 23832 | 7,158.00 | 188,205.49 |
| Check | 04/20/2022 | 1031 | Overhead | Ashley & Arnold | 23920 | 3,937.50 | 192,142.99 |
| Check | 04/20/2022 | 1031 | Overhead | Ashley & Arnold | 23921 | 137.50 | 192,280.49 |
| Check | 04/29/2022 | 1032 | Overhead | Franvel Corp. | Invoice 5031 | 4,863.92 | 197,144.41 |
| Check | 05/17/2022 | 1033 | Overhead | Ashley & Arnold | HI8900-0046-23972 & 23973 | 21,334.50 | 218,478.91 |
| Check | 05/17/2022 | 1033 | Overhead | Ashley & Arnold | HI8900-0046-23972 & 23973 | 2,015.00 | 220,493.91 |
| Check | 06/10/2022 | 1034 | Overhead | Ashley & Arnold | HI8900-46,48-(24038 & 24039) | 14,266.18 | 234,760.09 |
| Check | 06/10/2022 | 1034 | Overhead | Ashley & Arnold | HI8900-46,48-(24038 & 24039) | 343.75 | 235,103.84 |
| Check | 06/17/2022 | 1035 | Overhead | Franvel Corp. | Inv. 5039 | 7,315.00 | 242,418.84 |
| Check | 06/17/2022 | 1035 | Overhead | Franvel Corp. | Inv. 5045 | 5,272.50 | 247,691.34 |
| Check | 07/22/2022 | 1036 | Overhead | Franvel Corp. | Inv. 5047 | 18,477.50 | 266,168.84 |
| Check | 08/12/2022 | 1037 | Overhead | Ashley & Arnold | HI8900 46-Bill 24180 & 48-Bill 24181 | 21,717.50 | 287,886.34 |
| Check | 08/12/2022 | 1037 | Overhead | Ashley & Arnold | HI8900 46-Bill 24180 & 48-Bill 24181 | 727.50 | 288,613.84 |
| Check | 08/15/2022 | 1038 | Overhead | Ashley & Arnold | HI8900 46-Bill 24273 & 48-Bill 24274 | 27,366.25 | 315,980.09 |
| Check | 08/15/2022 | 1038 | Overhead | Ashley & Arnold | HI8900 46-Bill 24273 & 48-Bill 24274 | 4,637.50 | 320,617.59 |
| Check | 08/24/2022 | 1039 | Overhead | Franvel Corp. | Inv. 5051 | 11,495.00 | 332,112.59 |
| Check | 09/22/2022 | 1040 | Overhead | Ashley & Arnold | 46-24430 | 14,456.25 | 346,568.84 |
| Check | 09/22/2022 | 1040 | Overhead | Ashley & Arnold | 48-24431 | 394.00 | 346,962.84 |
| Check | 10/26/2022 | 1041 | Overhead | Ashley & Arnold | 46-24542 | 2,901.25 | 349,864.09 |
| Check | 10/26/2022 | 1041 | Overhead | Ashley & Arnold | 48-24543 | 4,193.75 | 354,057.84 |
| Check | 11/10/2022 | 1042 | Overhead | Ashley & Arnold | 46-24612 | 11,456.48 | 365,514.32 |
| Check | 11/10/2022 | 1042 | Overhead | Ashley & Arnold | 48-24613 | 895.00 | 366,409.32 |
| Check | 12/29/2022 | 1043 | Grnd Prarie Plumb Staion | Wiss, Janney, Elstner Associates, Inc. | Inv. 0532012 | 11,562.50 | 377,971.82 |
| Check | 02/22/2023 | 1044 | Grnd Prarie Plumb Staion | Bayou Eng. Co. dba Beaver Lake Turbin | Inv. 22738 | 81,812.11 | 459,783.93 |
| Check | 02/22/2023 | 1044 | Grnd Prarie Plumb Staion | Bayou Eng. Co. dba Beaver Lake Turbin | Inv. 22739 | 5,825.32 | 465,609.25 |
| Check | 03/16/2023 | 1045 | Grnd Prarie Plumb Staion | Franvel Corp. | Inv. 5056 | 18,240.00 | 483,849.25 |
| Check | 03/16/2023 | 1045 | Grnd Prarie Plumb Staion | Franvel Corp. | Inv. 5062 | 665.00 | 484,514.25 |
| Check | 03/16/2023 | 1045 | Grnd Prarie Plumb Staion | Franvel Corp. | Inv. 5065 | 6,792.50 | 491,306.75 |
| Check | 03/16/2023 | 1045 | Grnd Prarie Plumb Staion | Franvel Corp. | Inv. 5077 | 7,350.00 | 498,656.75 |
| Check | 04/14/2023 | 1046 | Grnd Prarie Plumb Staion | Wiss, Janney, Elstner Associates, Inc. | Inv. 0542818 | 39,434.96 | 538,091.71 |
| Check | 04/14/2023 | 1047 | Grnd Prarie Plumb Staion | Wiss, Janney, Elstner Associates, Inc. | Inv 536894 | 31,162.50 | 569,254.21 |
| Check | 05/10/2023 | 1048 | Grnd Prarie Plumb Staion | Wiss, Janney, Elstner Associates, Inc. | Inv. 0545191 | 8,575.00 | 577,829.21 |
| Check | 06/20/2023 | 1049 | Grnd Prarie Plumb Staion | Brownlee & Mann Consulting, LLC | Deposition 6-13-23 | 1,567.80 | 579,397.01 |
| Check | 06/22/2023 | 1050 | Grnd Prarie Plumb Staion | Wiss, Janney, Elstner Associates, Inc. | Inv. 0539667 | 16,745.00 | 596,142.01 |
| Check | 08/15/2023 | 1051 | Grnd Prarie Plumb Staion | Franvel Corp. | Inv. 5093 | 29,216.02 | 625,358.03 |
| Check | 08/15/2023 | 1051 | Grnd Prarie Plumb Staion | Franvel Corp. | Inv. 5078 | 24,337.50 | 649,695.53 |
| Check | 08/15/2023 | 1051 | Grnd Prarie Plumb Staion | Franvel Corp. | Inv. 5082 | 17,032.50 | 666,728.03 |
| Check | 08/15/2023 | 1051 | Grnd Prarie Plumb Staion | Franvel Corp. | Inv. 5089 | 53,370.28 | 720,098.31 |
| Check | 08/15/2023 | 1052 | Grnd Prarie Plumb Staion | Allstate Consultants | Inv. 9406 | 18,875.00 | 738,973.31 |
| Check | 08/15/2023 | 1052 | Grnd Prarie Plumb Staion | Allstate Consultants | Inv. 9490 | 13,743.75 | 752,717.06 |
| Check | 08/15/2023 | 1053 | Grnd Prarie Plumb Staion | Nicholson Professional Consulting Inc. | Inv. 43388 | - | 752,717.06 |
| Check | 09/12/2023 | 1054 | Grnd Prarie Plumb Staion | Wiss, Janney, Elstner Associates, Inc. | Inv. 0551062 | 11,640.00 | 764,357.06 |
| Check | 09/18/2023 | 1055 | Grnd Prarie Plumb Staion | Allstate Consultants | Inv. 9585 | 8,070.00 | 772,427.06 |
| Check | 10/18/2023 | 1056 | Grnd Prarie Plumb Staion | Franvel Corp. | Inv. 6003 | 2,047.50 | 774,474.56 |
| Check | 04/19/2024 | 1057 | Grnd Prarie Plumb Staion | Franvel Corp. | Inv 6007 | 13,702.50 | 788,177.06 |
| Check | 04/19/2024 | 1057 | Grnd Prarie Plumb Staion | Franvel Corp. | Inv 6012 | 4,095.00 | 792,272.06 |
| Check | 04/19/2024 | 1057 | Grnd Prarie Plumb Staion | Franvel Corp. | Inv 6014 | 3,045.00 | 795,317.06 |
| Check | 04/19/2024 | 1057 | Grnd Prarie Plumb Staion | Franvel Corp. | Inv 6017 | 27,855.99 | 823,173.05 |
| Check | 04/19/2024 | 1057 | Grnd Prarie Plumb Staion | Franvel Corp. | Inv 6019 | 10,132.50 | 833,305.55 |

**Huffman**
**Profit & Loss Detail**
**All Transactions**

| | Type | Date | Num | Name | Source Name | Memo | Amount | Balance |
|---|---|---|---|---|---|---|---|---|
| | Check | 04/19/2024 | 1057 | Grnd Prarie Plumb Staion | Franvel Corp. | Inv 6021 | 7,068.50 | 840,374.05 |
| | Check | 04/19/2024 | 1058 | Grnd Prarie Plumb Staion | Allstate Consultants | Invoice No. 10097 | 8,272.50 | 848,646.55 |
| | Check | 07/29/2024 | 1059 | Grnd Prarie Plumb Staion | Hamlin Dispute Resolution, LLC | | 750.00 | 849,396.55 |
| | Check | 09/04/2024 | 1060 | Grnd Prarie Plumb Staion | Hamlin Dispute Resolution, LLC | | 770.00 | 850,166.55 |
| | Check | 09/20/2024 | 1061 | Grnd Prarie Plumb Staion | Arnold, Willis & Conway | Invoice No. 26295 | 7,265.68 | 857,432.23 |
| | Check | 01/22/2025 | 1062 | Grnd Prarie Plumb Staion | Zurich Insurance Company | Return of Funds | 15,626.08 | 873,058.31 |
| Total Cost to Complete | | | | | | | 873,058.31 | 873,058.31 |
| Total Expense | | | | | | | 1,443,002.00 | 1,443,002.00 |
| Net Ordinary Income | | | | | | | - | - |
| **Net Income** | | | | | | | $ - | $ - |



Nicholson
Nicholson Professional Consulting, Inc.

**Huffman**
**Transaction Detail by Account**
**All Transactions**

| | Type | Date | Num | Name | Memo | Split | Debit | Credit | Balance |
|---|---|---|---|---|---|---|---|---|---|
| **Regions** | | | | | | | | | |
| | Deposit | 05/06/2020 | | | Deposit | Undeposited Funds | 50.00 | | 50.00 |
| | Deposit | 05/12/2020 | | | Deposit | Undeposited Funds | 395,000.00 | | 395,050.00 |
| | Check | 05/13/2020 | 1000 | Daniell Air & Electric | | Accounts Payable | | 31,020.73 | 364,029.27 |
| | Check | 05/22/2020 | 1001 | Crow Builders Supply Inc. | | Accounts Payable | | 5,112.91 | 358,916.36 |
| | Check | 06/17/2020 | 1002 | Coatings Unlimited Inc. | | Accounts Payable | | 96,197.00 | 262,719.36 |
| | Check | 07/02/2020 | 1003 | Cherokee Building Materials | VOID: | Accounts Payable | - | | 262,719.36 |
| | Check | 07/03/2020 | 1004 | Cherokee Building Materials | | Accounts Payable | | 3,836.40 | 258,882.96 |
| | Check | 07/06/2020 | 1005 | Steel Erection Ltd. | | Accounts Payable | | 14,377.50 | 244,505.46 |
| | Check | 08/04/2020 | 1006 | Bone Septic Services | | Accounts Payable | | 1,843.00 | 242,662.46 |
| | Check | 08/07/2020 | 1007 | Royal Overhead Door Inc. | | Accounts Payable | | 12,905.00 | 229,757.46 |
| | Check | 08/13/2020 | 1008 | Dale & Dale Inc. | | Accounts Payable | | 6,248.51 | 223,508.95 |
| | Check | 08/20/2020 | 1009 | H&E Equipment Services Inc. | | Accounts Payable | | 15,360.56 | 208,148.39 |
| | Check | 08/24/2020 | 1010 | McKnight's Emergency Wrecker Service Inc | | Accounts Payable | | 17,040.00 | 191,108.39 |
| | Check | 09/21/2020 | 1011 | South Arkansas Business Solutions Inc. | | Accounts Payable | | 999.00 | 190,109.39 |
| | Check | 09/21/2020 | 1012 | McKnight's Emergency Wrecker Service Inc | | Accounts Payable | | 1,416.04 | 188,693.35 |
| | Check | 09/22/2020 | 1013 | Equipmentshare.com Inc. | | Accounts Payable | | 6,303.83 | 182,389.52 |
| | Check | 09/23/2020 | 1014 | Ideal Electric Power Co. | | Accounts Payable | | 23,792.74 | 158,596.78 |
| | Check | 09/23/2020 | 1015 | Norman Floor Covering LLC | | Accounts Payable | | 4,604.80 | 153,991.98 |
| | Check | 09/25/2020 | 1016 | Nicholson Professional Consulting Inc. | Pumping Machinery LLC | Cost to Complete | | 35,000.00 | 118,991.98 |
| | Check | 09/30/2020 | 1017 | United Hoist & Crane | | Accounts Payable | | 1,836.00 | 117,155.98 |
| | Check | 10/19/2020 | 1018 | Improved Construction Methods | | Accounts Payable | | 459.90 | 116,696.08 |
| | Check | 11/18/2020 | 1019 | Premier Equipment Corp. | | Accounts Payable | | 3,767.00 | 112,929.08 |
| | Check | 02/04/2021 | 1020 | Welsco Inc. | | Accounts Payable | | 1,614.13 | 111,314.95 |
| | Check | 02/23/2021 | 1021 | Hugg & Hall Mobile Storage | | Accounts Payable | | 545.04 | 110,769.91 |
| | Deposit | 03/29/2021 | | | Deposit | Undeposited Funds | 320,000.00 | | 430,769.91 |
| | Check | 03/29/2021 | 1022 | Coastal Metal Works | | Accounts Payable | | 320,000.00 | 110,769.91 |
| | Check | 04/01/2021 | 1023 | Ashley & Arnold | Inv 22443, 22444 | -SPLIT- | | 24,967.75 | 85,802.16 |
| | Check | 04/20/2021 | 1024 | Ashley & Arnold | Invoice HI8900-00046-22526 thru 3-31-21 | Cost to Complete | | 8,565.65 | 77,236.51 |
| | Check | 06/10/2021 | 1025 | Ashley & Arnold | HI8900-00045 (22646), HI8900-00046 (22657) & HI | Cost to Complete | | 28,670.00 | 48,566.51 |
| | Check | 07/12/2021 | 1026 | Ashley & Arnold | Inv. HI8900-00046 & HI8900-00048 | -SPLIT- | | 17,014.84 | 31,551.67 |
| | Check | 08/16/2021 | 1027 | Ashley & Arnold | Bill-HI8900-00046-22858 | Cost to Complete | | 3,983.75 | 27,567.92 |
| | Check | 10/05/2021 | 1028 | Ashley & Arnold | HI8900 46-Bill 22937 & HI8900 48-Bill 22938 | Cost to Complete | | 18,188.25 | 9,379.67 |
| | Check | 10/12/2021 | 1029 | QJV, LLC dba AA Quarry, LLC. | Case-PCSC-20-165-Settlement-10-12-21 | Accounts Payable | | 663.60 | 8,716.07 |
| | Deposit | 10/12/2021 | | | Deposit | Undeposited Funds | 25,000.00 | | 33,716.07 |
| | Check | 12/20/2021 | 1030 | Ashley & Arnold | Inv. HI8900 46 & HI8900 48 | Cost to Complete | | 28,671.00 | 5,045.07 |
| | Deposit | 12/21/2021 | | | Deposit | Undeposited Funds | 50,000.00 | | 55,045.07 |
| | Deposit | 04/18/2022 | | | Deposit | Undeposited Funds | 250,000.00 | | 305,045.07 |
| | Check | 04/20/2022 | 1031 | Ashley & Arnold | 23831, 23832, 23920 & 23921 | -SPLIT- | | 27,219.25 | 277,825.82 |
| | Check | 04/29/2022 | 1032 | Franvel Corp. | Invoice 5031 | Cost to Complete | | 4,863.92 | 272,961.90 |
| | Check | 05/17/2022 | 1033 | Ashley & Arnold | HI8900-0046-23972 & 23973 | -SPLIT- | | 23,349.50 | 249,612.40 |
| | Check | 06/10/2022 | 1034 | Ashley & Arnold | HI8900-46,48-(24038 & 24039) | -SPLIT- | | 14,609.93 | 235,002.47 |
| | Check | 06/17/2022 | 1035 | Franvel Corp. | Inv. 5039 & 5045 | -SPLIT- | | 12,587.50 | 222,414.97 |
| | Check | 07/22/2022 | 1036 | Franvel Corp. | Inv. 5047 | Cost to Complete | | 18,477.50 | 203,937.47 |
| | Check | 08/12/2022 | 1037 | Ashley & Arnold | HI8900 46-Bill 24180 & 48-Bill 24181 | -SPLIT- | | 22,445.00 | 181,492.47 |
| | Check | 08/15/2022 | 1038 | Ashley & Arnold | HI8900 46-Bill 24273 & 48-Bill 24274 | -SPLIT- | | 32,003.75 | 149,488.72 |

**Huffman**

## Transaction Detail by Account

**All Transactions**

| Type | Date | Num | Name | Memo | Split | Debit | Credit | Balance |
|---|---|---|---|---|---|---|---|---|
| Check | 08/24/2022 | 1039 | Franvel Corp. | Inv. 5051 | Cost to Complete | | 11,495.00 | 137,993.72 |
| Check | 09/22/2022 | 1040 | Ashley & Arnold | HI8900-46-24430 & 48-24431 | -SPLIT- | | 14,850.25 | 123,143.47 |
| Check | 10/26/2022 | 1041 | Ashley & Arnold | HI8900-46-24542 & 48-24543 | -SPLIT- | | 7,095.00 | 116,048.47 |
| Check | 11/10/2022 | 1042 | Ashley & Arnold | HI8900-46-24612 & 48-24613 | -SPLIT- | | 12,351.48 | 103,696.99 |
| Check | 12/29/2022 | 1043 | Wiss, Janney, Elstner Associates, Inc. | Project #2022.4964.0, Invoice #0532012 | -SPLIT- | | 11,562.50 | 92,134.49 |
| Check | 02/22/2023 | 1044 | Bayou Eng. Co. dba Beaver Lake Turbin | Job Claim #63800749249_Inv. 22738 & 22739 | -SPLIT- | | 87,637.43 | 4,497.06 |
| Deposit | 03/16/2023 | | | Deposit | Undeposited Funds | 400,000.00 | | 404,497.06 |
| Check | 03/16/2023 | 1045 | Franvel Corp. | Inv. 5056, 5062, 5065 & 5077 | -SPLIT- | | 33,047.50 | 371,449.56 |
| Check | 04/14/2023 | 1046 | Wiss, Janney, Elstner Associates, Inc. | Inv. 0542818 | Cost to Complete | | 39,434.96 | 332,014.60 |
| Check | 04/14/2023 | 1047 | Wiss, Janney, Elstner Associates, Inc. | Inv. 536894 | Cost to Complete | | 31,162.50 | 300,852.10 |
| Check | 05/10/2023 | 1048 | Wiss, Janney, Elstner Associates, Inc. | Inv. 0545191 | Cost to Complete | | 8,575.00 | 292,277.10 |
| Check | 06/20/2023 | 1049 | Brownlee & Mann Consulting, LLC | Deposition 6-13-23 | Cost to Complete | | 1,567.80 | 290,709.30 |
| Check | 06/22/2023 | 1050 | Wiss, Janney, Elstner Associates, Inc. | Inv. 539667_Contract No. W912EQ-14-C-0028 | Cost to Complete | | 16,745.00 | 273,964.30 |
| Check | 08/15/2023 | 1051 | Franvel Corp. | Inv. No. 5093, 5078, 5082, 5089 | -SPLIT- | | 123,956.30 | 150,008.00 |
| Check | 08/15/2023 | 1052 | Allstate Consultants | Inv. 9406, 9490 | -SPLIT- | | 32,618.75 | 117,389.25 |
| Check | 08/15/2023 | 1053 | Nicholson Professional Consulting Inc. | VOID: Inv. 43388_Acquip | Cost to Complete | - | | 117,389.25 |
| Deposit | 08/16/2023 | | | Deposit | Undeposited Funds | 2,952.00 | | 120,341.25 |
| Check | 09/12/2023 | 1054 | Wiss, Janney, Elstner Associates, Inc. | Inv. 0551062 | Cost to Complete | | 11,640.00 | 108,701.25 |
| Check | 09/18/2023 | 1055 | Allstate Consultants | Inv. 9585 | Cost to Complete | | 8,070.00 | 100,631.25 |
| Check | 10/18/2023 | 1056 | Franvel Corp. | Invoice No. 6003 | Cost to Complete | | 2,047.50 | 98,583.75 |
| Check | 04/19/2024 | 1057 | Franvel Corp. | Invoice Nos. 6007, 6012, 6014, 6017, 6019 & 6021 | -SPLIT- | | 65,899.49 | 32,684.26 |
| Check | 04/19/2024 | 1058 | Allstate Consultants | Invoice No. 10097 | Cost to Complete | | 8,272.50 | 24,411.76 |
| Check | 07/29/2024 | 1059 | Hamlin Dispute Resolution, LLC | | Cost to Complete | | 750.00 | 23,661.76 |
| Check | 09/04/2024 | 1060 | Hamlin Dispute Resolution, LLC | | Cost to Complete | | 770.00 | 22,891.76 |
| Check | 09/20/2024 | 1061 | Arnold, Willis & Conway | Invoice No. 26295 | Cost to Complete | | 7,265.68 | 15,626.08 |
| Check | 01/22/2025 | 1062 | Zurich Insurance Company | Claim No. 6380079249 | Cost to Complete | | 15,626.08 | - |
| Total Regions | | | | | | 1,443,002.00 | 1,443,002.00 | - |
| **TOTAL** | | | | | | **1,443,002.00** | **1,443,002.00** | **$ -** |